CLEVELAND BAR ASSOCIATION *v.* OGRIN.

(D. D. No. 74—Decided May 25, 1966.)

*Mr. Thomas O. Murphy,* for relator.
*Mr. Joseph J. Ogrin, in propria persona.*

202

*Per Curiam.* The findings of the board are supported by the evidence, and its recommendation is warranted. Therefore, the report of the board is confirmed and judgment is rendered suspending respondent indefinitely from the practice of law.

*Report confirmed and judgment accordingly.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.